Matter of Dhir v Winslow (2024 NY Slip Op 00532)

Matter of Dhir v Winslow

2024 NY Slip Op 00532

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND DELCONTE, JJ.

866 CAF 21-01825

[*1]IN THE MATTER OF SIRBARINDER DHIR, PETITIONER-APPELLANT,
v
RAIMOND WINSLOW, RESPONDENT-RESPONDENT. (APPEAL NO. 4.) 

DAVID J. PAJAK, ALDEN, FOR PETITIONER-APPELLANT.
EASTON THOMPSON KASPEREK SHIFFRIN LLP, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), dated November 16, 2021, in a proceeding pursuant to Family Court Act article 8. The order granted respondent's motion to dismiss the petition and scheduled a hearing for the Quantum Meruit fee application. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see generally Matter of Rusiecki v Marshall, 147 AD3d 1395, 1395-1396 [4th Dept 2017]; Kimmel v State of New York, 267 AD2d 1079, 1081 [4th Dept 1999]; Matter of Chendo O., 175 AD2d 635, 635 [4th Dept 1991]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court